# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JERAMY PUTT**                                                                                                    **PLAINTIFF**

v.                                           Case No. 2:23-cv-00002-LPR

**JOHNNY CHEEKS, Sheriff,**
**Arkansas Detention Center, et al.**                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe.  No objections have been filed, and the time to do so has expired.  After a careful and *de novo* review of the RD and the record, the Court adopts the RD to the extent it dismisses the Complaint based on *Younger* abstention.[1]

Accordingly, the Complaint is dismissed without prejudice for failing to state a claim upon which relief may be granted.  The Court recommends this dismissal count as a strike for purposes of 28 U.S.C. § 1915(g).  And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would be frivolous and not in good faith.

IT IS SO ORDERED this 9th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not adopt the paragraph-long discussion on due process.  The Court does not read Mr. Putt's Complaint to embrace a challenge to the confiscation of the $1,775 referenced in the RD and the Complaint.  Accordingly, a due process analysis is unnecessary.