IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERAMY PUTT**                                                                                                          **PLAINTIFF**

v.                                   Case No. 2:23-cv-00002-LPR

**JOHNNY CHEEKS, Sheriff,**
**Arkansas Detention Center, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed, and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Judgment and the underlying Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 9th day of June 2023

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE